IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 18 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.: |
| ) | 1:12-MJ-00507-JFK |
| SHAKA STAYMAN, ) | M12-382 (Eastern District |
| ) | of New York) |
| Defendant. ) | |

### CONSENT MOTION TO PERMIT DONALD IMBORDINO TO ENTER THE ROBERT DEYTON DETENTION CENTER FOR THE PURPOSES OF CONDUCTING A POLYGRAPH EXAMINATION OF DEFENDANT

**COMES NOW SHAKA STAYMAN,** Defendant herein, by and through his undersigned counsel, and files this Consent Motion To Permit Donald Imbordino To Enter The Robert Deyton Detention Center For the Purposes of Conducting a Polygraph Examination of Defendant. In support thereof, Defendant shows as follows:

1.

On June 14, 2012, a bond revocation hearing was held in the above case in front of Magistrate Judge King. Defendant waived an identity hearing and a preliminary hearing and consented to his removal to the Eastern District of New York to face charges previously filed against him in that District.

2.

Defendant is currently incarcerated at the Robert Deyton Detention Center in Lovejoy, Georgia and is expected to remain there until the end of this week pending his transportation back to the Eastern District of New York.

3.

Undersigned counsel believe it will benefit Defendant greatly to have a polygraph examination conducted while Defendant still remains in this District, rather than waiting until Defendant arrives in the Eastern District of New York.

4.

On June 15, 2012, undersigned counsel spoke with Magistrate Judge King's courtroom deputy who informed undersigned counsel that Magistrate Judge King would not consider this Motion as Defendant's case is no longer assigned to her Court.

5.

However, as stated above, undersigned counsel believe that it is in Defendant's best interest to have this polygraph examination conducted as soon as possible. Further, given that undersigned counsel have their office in Georgia, and are familiar and comfortable working with Donald Imbordino, a local polygraph examiner, it would be far more convenient and efficient for Defendant to undergo this polygraph examination while he is still located in Georgia.

6.

On June 18, 2012, Assistant United States Attorney Paul Tuchmann with the United States Attorney's Office for the Eastern of District of New York, counsel of record for the government in this case, informed undersigned counsel that the government has no objection to the granting of this Motion.

**WHEREFORE**, Defendant respectfully prays that this Court allow Donald Imbordino to enter the Robert Deyton Detention Center, with his polygraph equipment, to conduct a polygraph examination of Defendant on June 19, 2012 or in the alternative on June 20, 2012.

**This, the 18th day of June, 2012.**

Respectfully submitted,

/s/ Howard Jarrett Weintraub
HOWARD JARRETT WEINTRAUB
Georgia Bar No. 746456
Attorney for Defendant Shaka Stayman

/s/ Benjamin Black Alper
BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Defendant Shaka Stayman

LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.
1355 Peachtree Street, N.E.
Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)
404.892.2040 (Facsimile)

law@howardjweintraubpc.com
C:\HJW\Client\S\Stayman\ConsentMotionForPolygraph

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 18th day of June, 2012.**

Respectfully submitted,

*/s/ Howard Jarrett Weintraub*
HOWARD JARRETT WEINTRAUB
Georgia Bar No. 746456
Attorney for Defendant Shaka Stayman

LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.
1355 Peachtree Street, N.E.
Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)
404.892.2040 (Facsimile)
law@howardjweintraubpc.com
C:\HJW\Client\S\Stayman\CertificateofCompliance

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                    )<br>       Plaintiff,        )<br>                                    )<br>vs.                                )<br>                                    )<br>SHAKA STAYMAN,          )<br>                                    )<br>       Defendant.     )<br>_____) | CRIMINAL NO.:<br>1:12-MJ-00507-JFK<br>M12-382 (Eastern District<br>        of New York) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2012, I filed this document with the Clerk of Court by hand delivery and also delivered a copy of this document, via e-mail, to the following attorneys of record:

Assistant United States Attorney Mary Roemer; Mary.Roemer@usdoj.gov

Assistant United States Attorney Paul Tuchmann, Paul.Tuchmann@usdoj.gov

                                                      Respectfully submitted,

                                                      _/s/ Howard Jarrett Weintraub_
                                                      HOWARD JARRETT WEINTRAUB
                                                      Georgia Bar No. 746456
                                                      Attorney for Defendant Shaka Stayman

LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.
1355 Peachtree Street, N.E.

Suite 1250
Atlanta, Georgia 30309
404.892.2000 (Telephone)
404.892.2040 (Facsimile)
law@howardjweintraubpc.com
C:\HJW\Client\S\Stayman\Certificateof Service